UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-CR-60284-PAS

UNITED STATES OF AMERICA,

v.

PATRICK CUNNINGHAM, a/k/a
JOHN CUNNINGHAM,

    Defendant.

_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on Defendant Patrick Cunningham's ("Defendant") *pro se* filing titled "Claim of Innocence and Termination of Probation," [DE 159] which the Court construes as a Motion for Early Termination of Supervised Release. The Government submitted its Response in opposition to Defendant's Motion [DE 160]. The Court has considered the Motion, the Response, and the record. For the reasons set out below, the Motion must be DENIED.

As the Court indicated in its January 25, 2023 Order Denying Defendant's Post-Judgment Release, the time for a post-judgment motion to challenge his conviction passed. DE 158 at 1. In addition, based on an inmate locator search, Defendant was released from federal custody on December 20, 2022. *See Find an inmate*, Federal Bureau of Prisons, http://www.bop.gov/inmateloc/. His current detention in county jail is thus not related to his conviction in this case. To the extent that Defendant seeks an early termination of his three-year term of

1

supervision, he is currently ineligible for relief: under 18 U.S.C. § 3583(e)(1)[1], the Court may terminate a term of supervised release only after the defendant served one year of the term. Here, Defendant served approximately five months of his term of supervised release.

Accordingly, it is ORDERED that:

Defendant's Motion for Early Termination of Supervised Release [DE 159] is DENIED.

DONE and ORDERED at Miami, Florida, this 26th day of May, 2023.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

---

[1] "The court may ... terminate a term of supervised release and discharge the defendant released at any time **after the expiration of one year of supervised release** ... if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1) (emphasis added).